HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANTOS PETER MURILLO,<br><br>Defendant. | NO. CR 16-00113JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE<br><br>(~~PROPOSED~~) |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date from June 27, 2016, to October 3, 2016, and the pretrial motions deadline for September 5, 2016, the defendant has signed and executed a waiver of his speedy trial rights under the Sixth Amendment and the Speedy Trial Act. Having thoroughly considered the motion papers, Defendant's waiver, and the relevant record, the Court hereby GRANTS the motion. The Court finds that the interests of justice would be served in allowing the trial, as well as the pretrial motions deadline, to be continued due to the considerations outlined in 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel has indicated that he requires additional time to prepare for trial so that he can review, understand and investigate discovery provided by the government.

These due process considerations "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Thus, the period of delay from the filing of the motion to the new trial date of October 3, 2016, is excludable time under 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE  - 1
(*Santos Peter Murillo*; CR16-00113JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The trial date is CONTINUED to October 3, 2016, and pretrial motions shall be due by September 5, 2016.

Dated this 19th day of May, 2016.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Santos Peter Murillo
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE    - 2
(*Santos Peter Murillo*; CR16-00113JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100