THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SANTOS PETER MURILLO <br><br> Defendant. | CASE NO. CR16-113JLR <br><br> STIPULATED MOTION TO PROVIDE COPIES OF DKT. 77 TO COUNSEL <br><br> **NOTE ON MOTION CALENDAR:** <br> October 17, 2017 |

## MOTION

IT IS HEREBY AGREED AND STIPULATED by the United States, through its undersigned attorney, and the defendant, Santos Peter Murillo, through his undersigned attorney, that the Clerk of the Court shall release to counsel for the United States and to counsel for the Defendant, Neil M. Fox, copies of the "Jury Peremptory Challenge," as well as any records related to challenges for cause, in Dkt. 77. This motion does not alter the sealed status of the documents in Dkt. 77.

DATED THIS 17th day of October, 2017.

Respectfully submitted,

s/ Neil M. Fox
Attorney for Defendant

s/ Micki Brunner
Assistant United States Attorney
Attorney for Plaintiff

COPIES OF DKT. 77 TO COUNSEL - Page 1
*United States v. Murillo*, No. CR16-113JLR

Law Office of Neil Fox, PLLC
2125 Western Ave., Suite 330
Seattle, Washington 98121
206-728-5440

## ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS SO ORDERED and the Clerk shall release to counsel for the United States, Micki Brunner and Stephen Hobbs, and to counsel for the Defendant, Neil Fox, copies of the "Jury Peremptory Challenge" and any records of "for cause" challenges in Dkt. 77. Dkt. 77 shall remain sealed, and if counsel wishes to file the documents from Dkt. 77 in the Ninth Circuit, they should be filed under seal.

Dated: October 17th 2017.

_____
THE HONORABLE JAMES L. ROBART

STIPULATED MOTION TO PROVIDE
COPIES OF DKT. 77 TO COUNSEL - Page 2
United States v. Murillo, No. CR16-113JLR

Law Office of Neil Fox, PLLC
2125 Western Ave., Suite 330
Seattle, Washington 98121
206-728-5440

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorney of record for the Plaintiff and all other parties.

/s/Neil M. Fox
NEIL M. FOX
WSBA NO. 15277
Attorney for Defendant
Law Office of Neil Fox, PLLC
2125 Western Ave. Suite 330
Seattle WA 98121

Telephone: 206-728-5440
Fax: 866-422-0542
e-mail: nf@neilfoxlaw.com

STIPULATED MOTION TO PROVIDE
COPIES OF DKT. 77 TO COUNSEL - Page 3
*United States v. Murillo*, No. CR16-113JLR

Law Office of Neil Fox, PLLC
2125 Western Ave., Suite 330
Seattle, Washington 98121
206-728-5440