THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR16-113JLR |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATED MOTION TO |
| v. ) | SUPPLEMENT THE RECORD |
| ) | |
| SANTOS PETER MURILLO ) | **NOTE ON MOTION CALENDAR:** |
| ) | November 8, 2017 |
| Defendant. ) | |

**MOTION**

IT IS HEREBY AGREED AND STIPULATED by the United States, through its undersigned attorney, Helen J. Brunner, and the defendant, Santos Peter Murillo, through his undersigned attorney, Neil M. Fox, that the Verbatim Report of Proceedings, for October 12, 2016 (Dkt. No. 120), marked "Jury Voir Dire and Opening Statements," shall be supplemented pursuant to FRAP 10(e)(1) as follows:

1. The proceedings described at page 79, line 4, to page 82, line 19, of the transcript labeled as taking place at "sidebar" occurred in the small room that is entered from the courtroom through a door next to the bench and connects the courtroom to the hallway behind it;

2. The following people were in the small room during the proceedings: District Judge James L. Robart, Court Reporter Nickoline Drury, a law clerk, a member of the U.S. Marshals Service, Assistant United States Attorneys Stephen Hobbs and Joseph C. Silvio, Defense Attorneys Jesse Cantor and Mohammad Hamoudi, and the defendant, Mr. Murillo.

DATED THIS 8th day of November, 2017.

Respectfully submitted,

s/ Neil M. Fox
Attorney for Defendant

s/Helen J. Brunner
First Assistant United States Attorney
Attorney for United States of America

# ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS SO ORDERED and, pursuant to FRAP 10(e), the Verbatim Report of Proceedings, for October 12, 2016 (Dkt. No. 120), marked "Jury Voir Dire and Opening Statements," is corrected as follows:

1. The proceedings described at page 79, line 4, to page 82, line 19, of the transcript labeled as taking place at "sidebar" occurred in the small room that is entered from the courtroom through a door next to the bench and connects the courtroom to the hallway behind it;

2. The following people were in the small room during the proceedings: Judge James Robart, Court Reporter Nickoline Drury, a law clerk, a member of the U.S. Marshals Service, AUSA Stephen Hobbs, AUSA Joseph C. Silvio, Defense Attorney Jesse Cantor, Defense Attorney Mohammad Hamoudi, and the defendant, Mr. Murillo.

Dated: November 14 2017.

_____
THE HONORABLE JAMES L. ROBART

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorney of record for the Plaintiff and all other parties.

<u>s/Neil M. Fox</u>
NEIL M. FOX
WSBA NO. 15277
Attorney for Defendant

Law Office of Neil Fox, PLLC
2125 Western Ave. Suite 330
Seattle WA 98121

Telephone: 206-728-5440
Fax: 866-422-0542
e-mail: nf@neilfoxlaw.com