THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTOS PETER MURILLO<br><br>Defendant. | CASE NO. CR16-113JLR<br><br>STIPULATED MOTION TO UNSEAL DKT. NO. 96 AND ITS ATTACHMENTS<br><br>**NOTE ON MOTION CALENDAR:** November 16, 2017 |

## MOTION

IT IS HEREBY AGREED AND STIPULATED by the United States, through its undersigned attorney, Helen J. Brunner, and the defendant, Santos Peter Murillo, through his undersigned attorney, Neil M. Fox, that Dkt. No. 96 and its attachments – defendant's exhibits for the motion hearing held on September 28, 2016 (Dkt. No. 54) -- shall be unsealed, pursuant to Local CrR 55(c), as there is no basis to continue having these items sealed.

DATED THIS 16th day of November, 2017.

Respectfully submitted,

s/ Neil M. Fox
Attorney for Defendant

s/ Helen J. Brunner
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Based upon the stipulation of the parties and for good cause shown,

IT IS SO ORDERED and Dkt. No. 96 and its attachments shall be unsealed.

Dated: November 16 2017.

THE HONORABLE JAMES L. ROBART

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorney of record for the Plaintiff and all other parties.

s/Neil M. Fox
NEIL M. FOX
WSBA NO. 15277
Attorney for Defendant
Law Office of Neil Fox, PLLC
2125 Western Ave. Suite 330
Seattle WA 98121

Telephone: 206-728-5440
Fax: 866-422-0542
e-mail: nf@neilfoxlaw.com