UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR16-0113JLR |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| | (COMPASSIONATE RELEASE) |
| SANTOS PETER MURILLO | |

Upon motion of the Defendant Santos Peter Murillo for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

In deciding this motion the court considered the following factors:  Defendant's age; the COVID-19 situation in Defendant's current BOP facility; Defendant's susceptibility to COVID-19 arising from his mental and physical conditions including hypertension, hyperlipidemia, history of smoking and general health; the length of Defendant's sentence and the amount of time served; Defendant's extensive criminal history including multiple convictions for possession of firearms and narcotics trafficking; Defendant's candor and veracity; and the risk Defendant poses to the community if release from custody.

IT IS SO ORDERED.

Dated:  December 22, 2020.


JAMES L. ROBART
United States District Judge