THE HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CR-113 JLR |
| Plaintiff, | ORDER ALLOWING FOR WITHDRAWAL OF COUNSEL |
| v. | *Clerk's Action Required* |
| PETER SANTOS MURILLO, | |
| Defendant. | |

THIS MATTER having come on before the Court upon the motion to allow counsel to withdraw, and the Court having reviewed the file and the declaration of Mr. Murillo, NOW THEREFORE,

IT IS ORDERED that Neil Fox is allowed to withdraw as counsel in this case for Mr. Murillo. Mr. Murillo is now acting pro se, without prejudice to his ability to seek appointment of counsel if he is so eligible.

ORDER ALLOWING FOR WITHDRAWAL OF COUNSEL - Page 1
*United States v. Murillo*, No.16-CR-113 JLR

Law Office of Neil Fox, PLLC
2125 Western Ave., Suite 330
Seattle, Washington 98121
206-728-5440

Mr. Murillo shall be served as follows:

Peter Santos Murillo
Register No. 16052-085
FCI Williamsburg
Federal Correctional Institution
P.O. Box 340
Salters, SC  29590

DONE this 10th day of February, 2022.

_____
THE HON. JAMES L. ROBART
DISTRICT COURT JUDGE

ORDER ALLOWING FOR WITHDRAWAL OF COUNSEL - Page 2
*United States v. Murillo*, No.16-CR-113 JLR

Law Office of Neil Fox, PLLC
2125 Western Ave., Suite 330
Seattle, Washington 98121
206-728-5440