UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-00113JLR |
| Plaintiff, | ORDER |
| v. | |
| SANTOS PETER MURILLO, | |
| Defendant. | |

Before the court is *pro se* Defendant Santos Peter Murillo's motion for resentencing in light of vacated convictions (Mot. to Reduce Sentence (Dkt. # 176)) and Plaintiff the United States of America's (the "Government") motion to recharacterize Mr. Murillo's motion for resentencing as a motion under 28 U.S.C. § 2255 (Mot. to Recharacterize (Dkt. # 177)). On October 16, 2025, Mr. Murillo consented to the recharacterization of his motion for resentencing as a motion under 28 U.S.C. § 2255. (Resp. (Dkt. # 178).) Then, on October 31, 2025, Mr. Murillo filed an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (Am. Mot. (Dkt.

ORDER - 1

1  # 179).)  As a result, the Clerk opened a new civil case, *Murillo v. United States of America*, No. C25-2238JLR, for Mr. Murillo's amended 28 U.S.C. § 2255 motion. Because Mr. Murillo has now filed his 28 U.S.C. § 2255 motion, the court DENIES as moot Mr. Murillo's motion for resentencing in light of vacated convictions (Dkt. # 176) and the Government's motion to recharacterize Mr. Murillo's motion as a motion under 28 U.S.C. § 2255 (Dkt. # 177).

Dated this 14th day of November, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2